FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 15 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

ELLIS RASPBERRY,

Plaintiff,

v.

COBB COUNTY, GEORGIA, et al.,

Defendants.

CIVIL ACTION NO.: 1:26-cv-01546-SDG

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3(C), Plaintiff Ellis Raspberry, appearing pro se, hereby certifies that the following is a full and complete list of all persons, entities, and other interested parties that have or may have an interest in the outcome of this litigation:

### I. PLAINTIFF

- Ellis Raspberry, Plaintiff

### II. ASSOCIATED ENTITY

- Divine Creation of Raspberry Private Trust

  (Referenced in relation to Plaintiff's fiduciary capacity)

## III. DEFENDANT

- Cobb County, Georgia

## IV. ADDITIONAL DISCLOSURE

Plaintiff is not aware of any publicly held corporation or other entity that has a financial interest in the outcome of this litigation.

This Certificate is filed to comply with the requirements of the Court and to assist the Court in identifying any potential conflicts of interest.

*Ellis Raspberry*

**Respectfully submitted,**

/s/ Ellis Raspberry

Ellis Raspberry

Plaintiff, Pro Se

Date: 4/14/26

## CERTIFICATE OF SERVICE

I hereby certify that on this 14 day of April , 2026, I filed the foregoing document with the Clerk of Court.

At this time, no Defendant has been served and no counsel has appeared in this ma[...] Accordingly, no service has been made.

This Certificate is filed to comply with the procedural requirements of the Court.

/s/ Ellis Raspberry

Ellis Raspberry